IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Madonna Black, | ) | C/A No. 3:21-1172-MGL-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Deputy Justin Hudson; Richland County Sheriff's Department, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

This matter is currently before the assigned United States Magistrate Judge for a service of process status review. Plaintiff Madonna Black, who is represented by counsel, initiated this action and filed her Complaint on April 21, 2021. (ECF No. 1.)

The Federal Rules of Civil Procedure state that a plaintiff must serve a defendant within 90 days after the complaint is filed and, unless service is waived, must provide proof of service to the court. Fed. R. Civ. P. 4(*l*)(1) and 4(m). As of the date of this order, more than 90 days has passed since Plaintiff initiated this action by filing her Complaint, and Plaintiff has not filed proof of service with the court. It is therefore

**ORDERED** that Plaintiff shall have until **July 28, 2021** to provide the court with proof of service of the Complaint upon the defendants in accordance with Federal Rule of Civil Procedure 4(*l*)(1), or show good cause for failure to serve pursuant to Rule 4(m). **Failure to do so will result in this case being dismissed for failure to serve.** Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

July 21, 2021
Columbia, South Carolina